1  **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

Valentino Javier Romero,               )    No.CIV 07-1207-PHX-SMM (BPV)
9                                       )
            Petitioner,                 )
10                                      )    **MEMORANDUM OF DECISION AND**
      vs.                               )    **ORDER**
11                                      )
Dora Schriro, et al.,                   )
12                                      )
            Respondents,                )
13   _____)

14

15         Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus pursuant

16   to 28 U.S.C. § 2254 (Doc. #1).  The matter was referred to Magistrate Judge Bernardo P.

     Velasco for Report and Recommendation (Doc. #2).  On September 26, 2008, the Magistrate
17
     Judge filed a Report and Recommendation with this Court (Doc. #11).   To date, no
18
     objections have been filed.
19
                            **STANDARD OF REVIEW**
20
           The Court "may accept, reject, or modify, in whole or in part, the findings or
21
     recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan,
22
     923 F.2d 1391, 1394 (9th Cir. 1991).  Parties have ten days from the service of a copy of the
23
     Magistrate's recommendation within which to file specific written objections to the Court.
24
     28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72.  Failure to object to a Magistrate Judge's
25
     recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's
26
     factual findings and waives all objections to those findings on appeal.  See Turner v. Duncan,
27
     158 F.3d 449, 455 (9th Cir. 1998).  A failure to object to a Magistrate Judge's conclusion "is
28

1    a factor to be weighed in considering the propriety of finding waiver of an issue on appeal."

2    Id.

### DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

### CONCLUSION

For the reasons set forth,

**IT IS ORDERED** that the Court adopts the Report and Recommendation of the Magistrate Judge (Doc. #11).

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus is **DENIED**, terminating this case.  The Clerk of the Court shall enter judgment accordingly.

DATED this 27th day of October, 2008.

Stephen M. McNamee
United States District Judge